HANSON BRIDGETT LLP
KATHERINE A. BOWLES, SBN 287426
kbowles@hansonbridgett.com
STELLA PADILLA, SBN 301590
spadilla@hansonbridgett.com
ROBERT G. DAVIS, SBN 304758
rdavis@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone: (213) 395-7620
Facsimile:  (213) 395-7615

Attorneys for Leprino Foods Company,
Leprino Foods Health & Welfare Plan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEPRINO FOODS COMPANY; LEPRINO FOODS HEALTH & WELFARE PLAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AVANI OUTPATIENT SURGICAL CENTER, INC., a California Corporation; MOUNTAIN VIEW SURGICAL CENTER, INC., a California Corporation; THE CENTER FOR SURGERY AT BEDFORD, LLC, a California limited liability company; AMY ZARAGOZA, an individual; BABEK MOEINOLMOLKI, an individual; BENHAM KASHANCHI, an individual; SAMUEL KASHANI, an individual; SHERVIN AMINPOUR, an individual; RALPH MAYER, an individual; MICHAEL YADEGARI, an individual; KARAPET DERMENDJIAN, an individual; SEPEHR LALEZARI, an individual; MARIO ROSENBERG, an individual; PEYMAN SOLIEMANZADEH, an individual; and DOES 1-30,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:22-cv-07434 DSF (JC)<br><br>Assigned to Judge Dale S. Fischer. Courtroom 7D<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CRISTINA LUZ PERRYMAN**<br><br>*Filed concurrently with Declaration of Katherine A. Bowles*<br><br>Action Filed: October 12, 2022<br>Trial Date:　 August 13, 2024 |

20103948.2

REQUEST FOR ENTRY OF DEFAULT

**ATTENTION CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs LEPRINO FOODS COMPANY and LEPRINO FOODS HEALTH & WELFARE PLAN (collectively "Leprino") request that the Clerk of the above-entitled Court enter default in this matter against defendant CRISTINA LUZ PERRYMAN ("Perryman" or "Defendant") on the grounds that said Defendant has failed to appear or otherwise respond to the operative complaint within the time prescribed by the Federal Rules of Civil Procedure.

Leprino served the Third Amended Complaint (Dkt. 251, the "Operative Complaint") on Perryman on October 8, 2023, as evidenced by the proof of service of summons filed in this Court on October 13, 2023 (Dkt. 271). To date, no response to the Operative Complaint has been filed by Perryman and the time for filing this response has now expired.

The above-stated facts are set forth in the accompanying Declaration of Katherine A. Bowles, filed herewith.

DATED: November 8, 2023            HANSON BRIDGETT LLP

By: _____
KATHERINE A. BOWLES
ROBERT G. DAVIS
STELLA PADILLA
Attorneys for Leprino Foods Company,
Leprino Foods Health & Welfare Plan

20103948.2

2
REQUEST FOR ENTRY OF DEFAULT

# PROOF OF SERVICE

**Leprino Foods Company, et al., v. Avani Outpatient Surgical Center, et al.**

**U.S.D.C. Central District of CA, Case No. 2:22-cv-07434 DSF (JC)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 777 S. Figueroa Street, Suite 4200, Los Angeles, CA 90017.

On November 9, 2023, I served true copies of the following document(s) described as **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CRISTINA LUZ PERRYMAN** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

**Cristina Luz Perryman**
**2256 Pleasant Court**
**Hanford, CA 93230**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 9, 2023, at Los Angeles, California.

/S/ *Silvia Abrignani*
Silvia Abrignani

20103948.2

REQUEST FOR ENTRY OF DEFAULT

# SERVICE LIST
### Leprino Foods Company, et al., v. Avani Outpatient Surgical Center, et al.
### U.S.D.C. Central District of CA, Case No. 2:22-cv-07434 DSF (JC)

| | |
|---|---|
| Nicholas D. Jurkowitz<br>James A.F. Curcio<br>Fenton Law Group LLP<br>1990 S. Bundry Drive, Suite 777<br>Los Angeles, CA 90025<br>PH: 310-444-5244<br>FX: 310-444-5280<br>Emails:<br>njurkowitz@fentonlawgroup.com<br>jcurcio@fentonlawgroup.com<br>nnatelsky@fentonlawgroup.com<br>esun@fentonlawgroup.com | Attorneys for Defendants<br>Avani Outpatient Surgical Center, Inc., and Mountain View Surgical Center, Inc. |
| Jerry Sparks, Esq.<br>Sparks Law Form, APC<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA 92626<br>PH: 714-546-4300<br>FX: 714-546-5430<br>irs@sparksfirm.com | Attorney for Defendant<br>Ralph Mayer |
| Nigel Burns, Esq.<br>Nick Stahl<br>The Law Offices of Nigel Burns<br>800 West 1st St., Suite 401-12<br>Los Angeles, CA 90012<br>PH: 213-687-8080<br>FX: 213-687-8383<br><br>nburns@burnsattorneys.com<br>nstahl@burnsattorneys.com<br>dturner@burnsattorneys.com | Attorney for Defendant<br>Amy Zaragoza |
| Bruce A. Berman<br>The Berman Law Firm, APC<br>1875 Century Park East, Ste. 2230<br>Los Angeles, CA 90067<br>PH: 213-683-1908<br>Email: Bruce@bermanlawapc.com | Attorney for Defendant<br>The Center for Surgery at Bedford, LLC |

[Note: Updated April 2023]

20103948.2

REQUEST FOR ENTRY OF DEFAULT

| | | |
|---|---|---|
| 1 | Michael M. Amir | Attorneys for Defendant |
| 2 | Mary Tesh Glarum<br>Doll Amir & Eley LLP | Sepehr Lalezari |
| 3 | 725 S. Figueroa Street, Suite 3275<br>Los Angeles, CA 90017 | |
| 4 | PH: 213.542.3380<br>FX: 213.542.3381 | |
| 5 | Emails:<br>mamir@dollamir.com | |
| 6 | mglarum@dollamir.com<br>cramirez@dollamir.com | |
| 7 | | |
| 8 | James J. Kjar<br>Kylie A. Schofield | Attorneys for Defendant<br>Karapet Dermendjian |
| 9 | Kjar, McKenna & Stockalper, LLP<br>840 Apollo Street, Suite 100 | |
| 10 | El Segundo, CA 90245<br>PH: 424-217-3026 | |
| 11 | FX: 424-367-0400<br>Emails: | |
| 12 | kjar@kmslegal.com<br>kschofield@kmslegal.com | |
| 13 | dharris@kmslegal.com<br>joneill@kmslegal.com | |
| 14 | | |
| 15 | Steven M. Goldsobel<br>Vandad Khosravirad | Attorney for Defendant<br>Shervin Aminpour |
| 16 | Law Offices of Steven Goldsobel<br>1901 Avenue of the Stars, Suite 1750 | |
| 17 | Los Angeles, CA 90067<br>PH: 310-552-4848 | |
| 18 | E-mails:<br>steve@sgoldsobel.com | |
| 19 | vandad@sgoldsobel.com<br>samantha@goldsobel.com | |
| 20 | Ryan G. Jacobson<br>Edward A. Stumpp | Attorney for Defendant<br>Michael Yadegari |
| 21 | Helton Law Group APC<br>1590 Corporate Drive | |
| 22 | Costa Mesa, CA 92626<br>T: 562-901-4499 *IF:* 562-901-4488 | |
| 23 | Emails:<br>estumpp@helton.law | |
| 24 | rjacobson@helton.law | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

20103948.2

REQUEST FOR ENTRY OF DEFAULT

| | | |
|---|---|---|
| 1 | Benjamin N. Gluck<br>Elliot C. Harvey Schatmeier<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>PH: (310) 201-2100<br>FX: (310) 201-2110<br>Emails:<br>bgluck@birdmarella.com<br>ehs@birdmarella.com<br>dthrockmorton@birdmarella.com<br>tdicks@birdmarella.com | Attorney for Defendant<br>Dr. Samuel Kashani; Daniel Shouhed, M.D. |
| 9 | Gary L. Tysch<br>Law Offices of Gary L. Tysch<br>16133 Ventura Blvd., Ste. 580<br>Encino, CA 91436<br>PH: 818-995-9555<br>Fax: 818-995-9550<br>gltysch@pacbell.net | Attorney for Defendant<br>Babek Moeinolmolki |
| 13 | Scott J. Stitt<br>Anna-Sophie Tirre<br>Tucker Ellis LLP<br>515 South Flower Street   Forty Second Floor<br>Los Angeles, CA 90071-2223<br>Direct: 213-430-3304 (LA) \| Cell: 614-738-0865<br>scott.stitt@tuckerellis.com<br>anna-sophie.tirre@tuckerellis.com<br>sofia.escalante@tuckerellis.com | Attorneys for Mojgan Kashanchi as Administrator of Behnam Kashanchi's Estate, Trustee of The Behnam Kashanchi & Mojgan Kashanchi Revocable Living Trust, and Trustee of the Kashanchi B & M Living Trust |
| 20 | Cristina Luz Perryman<br>2256 Pleasant Court<br>Hanford. CA 93230 | In Pro Per<br>PERSONAL SERVICE ONLY |

20103948.2

REQUEST FOR ENTRY OF DEFAULT