1  HANSON BRIDGETT LLP
   KATHERINE A. BOWLES, SBN 287426
2  kbowles@hansonbridgett.com
   STELLA PADILLA, SBN 301590
3  spadilla@hansonbridgett.com
   ROBERT G. DAVIS, SBN 304758
4  rdavis@hansonbridgett.com
   777 S. Figueroa Street, Suite 4200
5  Los Angeles, California 90017
   Telephone: (213) 395-7620
6  Facsimile:  (213) 395-7615

7  Attorneys for Leprino Foods Company,
   Leprino Foods Health & Welfare Plan

8

9              **UNITED STATES DISTRICT COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

| | |
|---|---|
| LEPRINO FOODS COMPANY; LEPRINO FOODS HEALTH & WELFARE PLAN, | Case No. 2:22-cv-07434 DSF (JC) |
| | Assigned to Judge Dale S. Fischer. Courtroom 7D |
| Plaintiffs, | |
| v. | DECLARATION OF KATHERINE A. BOWLES IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT |
| AVANI OUTPATIENT SURGICAL CENTER, INC., a California Corporation; MOUNTAIN VIEW SURGICAL CENTER, INC., a California Corporation; THE CENTER FOR SURGERY AT BEDFORD, LLC, a California limited liability company; AMY ZARAGOZA, an individual; BABEK MOEINOLMOLKI, an individual; BENHAM KASHANCHI, an individual; SAMUEL KASHANI, an individual; SHERVIN AMINPOUR, an individual; RALPH MAYER, an individual; MICHAEL YADEGARI, an individual; KARAPET DERMENDJIAN, an individual; SEPEHR LALEZARI, an individual; MARIO ROSENBERG, an individual; PEYMAN SOLIEMANZADEH, an individual; and DOES 1-30, | *Filed concurrently with Request for Entry of default Against Defendant Cristina Luz Perryman* |
| | Action Filed:  October 12, 2022 |
| | Trial Date:       August 13, 2024 |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

20103949.1

DECLARATION OF KATHERINE A. BOWLES IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Katherine A. Bowles, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, attorneys of record for Plaintiffs Leprino Foods Company and Leprino Foods Health & Welfare Plan.

2. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would competently testify to the matters stated herein.

3. Plaintiffs Leprino Foods Company and Leprino Foods Health & Welfare Plan (collectively, "Leprino") filed the Third Amended Complaint in the above-titled action, *Leprino Foods Company, et al. v. Avani Outpatient Surgical Center, Inc., et al.*, case number 2:22-cv-07434-DSF-JC, on October 3, 2023 (Dkt. 251).

4. This Court issued a summons against Defendant Cristina Luz Perryman ("Perryman") on October 3, 2023 (Dkt. 258).

5. On October 8, 2023, Perryman was personally served with both the summons and the Third Amended Complaint.

6. On October 13, 2023, Plaintiffs filed with this Court a proof of service of summons evidencing service of both the Third Amended Complaint and summons on Perryman (Dkt. 271).

7. Perryman has failed to file a response to the Third Amended Complaint and the time allowed for her to respond to the Third Amended Complaint has expired.

8. Perryman is neither a minor or an incompetent person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

///

///

///

1 | Executed on November 8, 2023, at Los Angeles, California.

*[signature]*
Katherine A. Bowles

# PROOF OF SERVICE

**Leprino Foods Company, et al., v. Avani Outpatient Surgical Center, et al.**

**U.S.D.C. Central District of CA, Case No. 2:22-cv-07434 DSF (JC)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 777 S. Figueroa Street, Suite 4200, Los Angeles, CA 90017.

On November 9, 2023, I served true copies of the following document(s) described as **DECLARATION OF KATHERINE A. BOWLES IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**SEE ATTACHED SERVICE LIST.**

**BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

**Cristina Luz Perryman**
**2256 Pleasant Court**
**Hanford, CA 93230**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 9, 2023, at Los Angeles, California.

/S/ *Silvia Abrignani*
Silvia Abrignani

20103949.1

DECLARATION OF KATHERINE A. BOWLES IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

# SERVICE LIST
## Leprino Foods Company, et al., v. Avani Outpatient Surgical Center, et al.
## U.S.D.C. Central District of CA, Case No. 2:22-cv-07434 DSF (JC)

| | |
|---|---|
| Nicholas D. Jurkowitz<br>James A.F. Curcio<br>Fenton Law Group LLP<br>1990 S. Bundry Drive, Suite 777<br>Los Angeles, CA 90025<br>PH:  310-444-5244<br>FX:  310-444-5280<br>Emails:<br>njurkowitz@fentonlawgroup.com<br>jcurcio@fentonlawgroup.com<br>nnatelsky@fentonlawgroup.com<br>esun@fentonlawgroup.com | Attorneys for Defendants<br>Avani Outpatient Surgical Center, Inc., and Mountain View Surgical Center, Inc. |
| Jerry Sparks, Esq.<br>Sparks Law Form, APC<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA 92626<br>PH:  714-546-4300<br>FX:  714-546-5430<br>irs@sparksfirm.com | Attorney for Defendant<br>Ralph Mayer |
| Nigel Burns, Esq.<br>Nick Stahl<br>The Law Offices of Nigel Burns<br>800 West 1st St., Suite 401-12<br>Los Angeles, CA 90012<br>PH:  213-687-8080<br>FX:  213-687-8383<br><br>nburns@burnsattorneys.com<br>nstahl@burnsattorneys.com<br>dturner@burnsattorneys.com | Attorney for Defendant<br>Amy Zaragoza |
| Bruce A. Berman<br>The Berman Law Firm, APC<br>1875 Century Park East, Ste. 2230<br>Los Angeles, CA 90067<br>PH:  213-683-1908<br>Email:  Bruce@bermanlawapc.com | Attorney for Defendant<br>The Center for Surgery at Bedford, LLC |

[Note: Updated April 2023]

| | | |
|---|---|---|
| 1 | Michael M. Amir | Attorneys for Defendant |
| | Mary Tesh Glarum | Sepehr Lalezari |
| 2 | Doll Amir & Eley LLP | |
| | 725 S. Figueroa Street, Suite 3275 | |
| 3 | Los Angeles, CA 90017 | |
| | PH: 213.542.3380 | |
| 4 | FX: 213.542.3381 | |
| | Emails: | |
| 5 | mamir@dollamir.com | |
| | mglarum@dollamir.com | |
| 6 | cramirez@dollamir.com | |
| 7 | | |
| 8 | James J. Kjar | Attorneys for Defendant |
| | Kylie A. Schofield | Karapet Dermendjian |
| | Kjar, McKenna & Stockalper, LLP | |
| 9 | 840 Apollo Street, Suite 100 | |
| | El Segundo, CA 90245 | |
| 10 | PH: 424-217-3026 | |
| | FX: 424-367-0400 | |
| 11 | Emails: | |
| | kjar@kmslegal.com | |
| 12 | kschofield@kmslegal.com | |
| | dharris@kmslegal.com | |
| 13 | joneill@kmslegal.com | |
| 14 | | |
| 15 | Steven M. Goldsobel | Attorney for Defendant |
| | Vandad Khosravirad | Shervin Aminpour |
| | Law Offices of Steven Goldsobel | |
| 16 | 1901 Avenue of the Stars, Suite 1750 | |
| | Los Angeles, CA 90067 | |
| 17 | PH: 310-552-4848 | |
| | E-mails: | |
| 18 | steve@sgoldsobel.com | |
| | vandad@sgoldsobel.com | |
| 19 | samantha@goldsobel.com | |
| 20 | Ryan G. Jacobson | Attorney for Defendant |
| | Edward A. Stumpp | Michael Yadegari |
| 21 | Helton Law Group APC | |
| | 1590 Corporate Drive | |
| 22 | Costa Mesa, CA 92626 | |
| | T: 562-901-4499 *IF:* 562-901-4488 | |
| 23 | Emails: | |
| | estumpp@helton.law | |
| 24 | rjacobson@helton.law | |

20103949.1

DECLARATION OF KATHERINE A. BOWLES IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

| | | |
|---|---|---|
| 1 | Benjamin N. Gluck | Attorney for Defendant |
| 2 | Elliot C. Harvey Schatmeier<br>Bird, Marella, Boxer, Wolpert, | Dr. Samuel Kashani; Daniel<br>Shouhed, M.D. |
| 3 | Nessim, Drooks, Lincenberg & Rhow,<br>P.C. | |
| 4 | 1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067 | |
| 5 | PH: (310) 201-2100<br>FX: (310) 201-2110 | |
| 6 | Emails:<br>bgluck@birdmarella.com | |
| 7 | ehs@birdmarella.com<br>dthrockmorton@birdmarella.com | |
| 8 | tdicks@birdmarella.com | |
| 9 | Gary L. Tysch | Attorney for Defendant |
| 10 | Law Offices of Gary L. Tysch<br>16133 Ventura Blvd., Ste. 580 | Babek Moeinolmolki |
| 11 | Encino, CA 91436<br>PH:  818-995-9555 | |
| 12 | Fax: 818-995-9550<br>gltysch@pacbell.net | |
| 13 | | |
| 14 | Scott J. Stitt<br>Anna-Sophie Tirre | Attorneys for Mojgan Kashanchi as<br>Administrator of Behnam |
| 15 | Tucker Ellis LLP<br>515 South Flower Street   Forty | Kashanchi's Estate, Trustee of The<br>Behnam Kashanchi & Mojgan |
| 16 | Second Floor<br>Los Angeles, CA 90071-2223 | Kashanchi Revocable Living Trust,<br>and Trustee of the Kashanchi B & M |
| 17 | Direct: 213-430-3304 (LA) \| Cell: 614-738-0865 | Living Trust |
| 18 | scott.stitt@tuckerellis.com<br>anna-sophie.tirre@tuckerellis.com | |
| 19 | sofia.escalante@tuckerellis.com | |
| 20 | Cristina Luz Perryman<br>2256 Pleasant Court | In Pro Per<br>PERSONAL SERVICE ONLY |
| 21 | Hanford. CA 93230 | |

20103949.1

DECLARATION OF KATHERINE A. BOWLES IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT