HANSON BRIDGETT LLP
KATHERINE A. BOWLES, SBN 287426
kbowles@hansonbridgett.com
STELLA PADILLA, SBN 301590
spadilla@hansonbridgett.com
ROBERT G. DAVIS, SBN 304758
rdavis@hansonbridgett.com
ANGELA HAN, SBN 317137
ahan@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone: (213) 395-7620

Attorneys for Leprino Foods Company,
Leprino Foods Health & Welfare Plan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEPRINO FOODS COMPANY; LEPRINO FOODS HEALTH & WELFARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>AVANI OUTPATIENT SURGICAL CENTER, INC., a California Corporation; MOUNTAIN VIEW SURGICAL CENTER, INC., a California Corporation; THE CENTER FOR SURGERY AT BEDFORD, LLC, a California limited liability company; AMY ZARAGOZA, an individual; BABAK MOEINOLMOLKI, an individual; BEHNAM KASHANCHI, an individual; SAMUEL KASHANI, an individual; SHERVIN AMINPOUR, an individual; RALPH MAYER, an individual; MICHAEL YADEGARI, an individual; KARAPET DERMENDJIAN, an individual; SEPEHR LALEZARI, an individual; MARIO ROSENBERG, an individual; PEYMAN SOLIEMANZADEH, an individual; and DOES 1-30,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, | **Case No. 2:22-cv-07434 DSF (JC)**<br><br>**PLAINTIFFS LEPRINO FOODS COMPANY AND LEPRINO FOODS HEALTH & WELFARE PLAN'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)**<br><br>Judge: Hon. Dale S. Fischer<br>Date: March 25, 2024<br>Time: 1:30 PM<br>Crtrm.: 7D |

20486273.1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 25, 2024 at 1:30 PM, or as soon thereafter as may be heard, before the Honorable Dale S. Fischer, in Courtroom 7D of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, CA 90012, Plaintiffs Leprino Foods Company and Leprino Foods Health & Welfare Plan (collectively, "Leprino") apply for entry of default judgment against Defendant Christina "Luz" Perryman ("Ms. Perryman") for failure to plead or otherwise defend against this action in a timely manner (the "Application"). The Application is made pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

The Application is based upon this Notice and the concurrently filed Memorandum of Points and Authorities, Declaration of Katherine A. Bowles, the pleadings, and such other matters on file with the Court, including those specifically referenced by Leprino.

DATED: February 22, 2024        HANSON BRIDGETT LLP

By:    /S/ *Katherine A. Bowles*
KATHERINE A. BOWLES
Attorneys for Leprino Foods Company,
Leprino Foods Health & Welfare Plan

# PROOF OF SERVICE

**Leprino Foods Company, et al., v. Avani Outpatient Surgical Center, et al.**

**U.S.D.C. Central District of CA, Case No. 2:22-cv-07434 DSF (JC)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 777 S. Figueroa Street, Suite 4200, Los Angeles, CA 90017.

On February 22, 2024, I served true copies of the following document(s) described as **PLAINTIFFS LEPRINO FOODS COMPANY AND LEPRINO FOODS HEALTH & WELFARE PLAN'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(B)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address sabrignani@hansonbridgett.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 22, 2024, at Los Angeles, California.

／S/ *Silvia Abrignani*
Silvia Abrignani

20486273.1

LEPRINO'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT

# SERVICE LIST
## Leprino Foods Company, et al., v. Avani Outpatient Surgical Center, et al.
## U.S.D.C. Central District of CA, Case No. 2:22-cv-07434 DSF (JC)

| | |
|---|---|
| Nicholas D. Jurkowitz<br>Fenton Law Group LLP<br>1990 S. Bundry Drive, Suite 777<br>Los Angeles, CA 90025<br>PH:  310-444-5244<br>FX:  310-444-5280<br>Emails:<br>njurkowitz@fentonlawgroup.com<br>nnatelsky@fentonlawgroup.com<br>esun@fentonlawgroup.com | Attorneys for Defendants<br>Avani Outpatient Surgical Center, Inc., and Mountain View Surgical Center, Inc. |
| Jerry Sparks, Esq.<br>Sparks Law Form, APC<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA 92626<br>PH:  714-546-4300<br>FX:  714-546-5430<br>irs@sparksfirm.com | Attorney for Defendant<br>Ralph Mayer |
| Nigel Burns, Esq.<br>Nick Stahl<br>The Law Offices of Nigel Burns<br>800 West 1st St., Suite 401-12<br>Los Angeles, CA 90012<br>PH:  213-687-8080<br>FX:  213-687-8383<br><br>nburns@burnsattorneys.com<br>nstahl@burnsattorneys.com<br>dturner@burnsattorneys.com | Attorney for Defendant<br>Amy Zaragoza |
| Bruce A. Berman<br>The Berman Law Firm, APC<br>1875 Century Park East, Ste. 2230<br>Los Angeles, CA 90067<br>PH:  213-683-1908<br>Email:  Bruce@bermanlawapc.com | Attorney for Defendant<br>The Center for Surgery at Bedford, LLC |

[Note: Updated April 2023]

20486273.1

LEPRINO'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT

| | |
|---|---|
| Michael M. Amir<br>Mary Tesh Glarum<br>Doll Amir & Eley LLP<br>725 S. Figueroa Street, Suite 3275<br>Los Angeles, CA 90017<br>PH: 213.542.3380<br>FX: 213.542.3381<br>Emails:<br>mamir@dollamir.com<br>mglarum@dollamir.com<br>cramirez@dollamir.com | Attorneys for Defendant<br>Sepehr Lalezari |
| Steven M. Goldsobel<br>Vandad Khosravirad<br>Law Offices of Steven Goldsobel<br>1901 Avenue of the Stars, Suite 1750<br>Los Angeles, CA 90067<br>PH: 310-552-4848<br>E-mails:<br>steve@sgoldsobel.com<br>vandad@sgoldsobel.com<br>samantha@sgoldsobel.com | Attorney for Defendant<br>Shervin Aminpour |
| Ryan G. Jacobson<br>Edward A. Stumpp<br>Helton Law Group APC<br>1590 Corporate Drive<br>Costa Mesa, CA 92626<br>T: 562-901-4499 *IF:* 562-901-4488<br>Emails:<br>estumpp@helton.law<br>rjacobson@helton.law<br>tkossick@helton.law<br>ckoop@helton.law | Attorney for Defendant<br>Michael Yadegari |
| Benjamin N. Gluck<br>Elliot C. Harvey Schatmeier<br>Bird, Marella, Rhow, Lincenberg,<br>Drooks & Nessim, LLP<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>PH: (310) 201-2100<br>FX: (310) 201-2110<br>Emails:<br>bgluck@birdmarella.com<br>ehs@birdmarella.com<br>dthrockmorton@birdmarella.com<br>tdicks@birdmarella.com | Attorney for Defendant<br>Dr. Samuel Kashani; Daniel<br>Shouhed, M.D. |

20486273.1

LEPRINO'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT

| | | |
|---|---|---|
| 1 | Gary L. Tysch<br>Law Offices of Gary L. Tysch | Attorney for Defendant<br>Babek Moeinolmolki |
| 2 | 16133 Ventura Blvd., Ste. 580<br>Encino, CA 91436 | |
| 3 | PH:  818-995-9555<br>Fax: 818-995-9550 | |
| 4 | gltysch@pacbell.net | |
| 5 | | |
| 6 | Scott J. Stitt<br>Anna-Sophie Tirre | Attorneys for Mojgan Kashanchi as<br>Administrator of Behnam |
| 7 | Tucker Ellis LLP<br>515 South Flower Street   Forty | Kashanchi's Estate, Trustee of The<br>Behnam Kashanchi & Mojgan |
| 8 | Second Floor<br>Los Angeles, CA 90071-2223 | Kashanchi Revocable Living Trust,<br>and Trustee of the Kashanchi B & M |
| 9 | Direct: 213-430-3304 (LA) \| Cell: 614-738-0865 | Living Trust |
| 10 | scott.stitt@tuckerellis.com<br>anna-sophie.tirre@tuckerellis.com<br>sofia.escalante@tuckerellis.com | |

20486273.1

LEPRINO'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT