| *Attorney or Party without Attorney:*<br>KATHERINE A. BOWLES (SBN 287426)<br>HANSON BRIDGETT LLP<br>777 S. Figueroa Street Suite 4200<br>LOS ANGELES, CA 90071<br>*Telephone No:* 213.395.7620<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>12530.204 | *For Court Use Only* |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* LEPRINO FOODS COMPANY, et al.<br>*Defendant:* AVANI OUTPATIENT SURGICAL CENTER, INC., a California Corporation | | |
| **PROOF OF SERVICE** | *Hearing Date:*  *Time:*  *Dept/Div:* | *Case Number:*<br>2:22-cv-07434-DSF-JC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the See Attached List

3. a. Party served:     CRISTINA "LUZ" PERRYMAN
   b. Person served:   Party in item 3.a.

4. Address where the party was served:    10652 Jackson Avenue, Hanford, CA 93230

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Feb 23 2024 (2) at: 10:57 AM , to the person(s) indicated above in the manner as provided in 1011 CCP.

   Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
   a. Victor Moreno (S201310000022)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**



02/23/2024
(Date)                                                (Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

*10484548*
*(5627326)*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


LEPRINO FOODS COMPANY, et al.

vs

AVANI OUTPATIENT SURGICAL CENTER, INC., a California Corporation

Case no.: 2:22-cv-07434-DSF-JC


DECLARATION OF KATHERINE A. BOWLES IN SUPPORT OF LEPRINO'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CRISTINA "LUZ" PERRYMAN; LEPRINO'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CRISTINA "LUZ" PERRYMAN; DISCOVERY MATTER PLAINTIFFS LEPRINO FOODS COMPANY AND LEPRINO FOODS HEALTH & WELFARE PLAN'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CRISTINA "LUZ" PERRYMAN; [PROPOSED] ORDER GRANTING APPLICATION TO SEAL PORTIONS OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CRISTINA "LUZ" PERRYMAN; [PROPOSED] ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CRISTINA "LUZ" PERRYMAN; DECLARATION OF KATHERINE A. BOWLES IN SUPPORT OF PLAINTIFFS LEPRINO FOODS COMPANY AND LEPRINO FOODS HEALTH & WELFARE PLAN'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CRISTINA "LUZ" PERRYMAN; PLAINTIFFS LEPRINO FOODS COMPANY AND LEPRINO FOODS HEALTH & WELFARE PLAN'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(B); DECLARATION OF KATHERINE A. BOWLES IN SUPPORT OF LEPRINO'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CRISTINA "LUZ" PERRYMAN

# **PROOF OF SERVICE**

**Leprino Foods Company, et al., v. Avani Outpatient Surgical Center, et al.
U.S.D.C. Central District of CA, Case No. 2:22-cv-07434 DSF (JC)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, Suite 4200, Los Angeles, CA 90017.

On February 26, 2024, I served true copies of the following document(s) described as **PROOF OF PERSONAL SERVICE OF DEFAULT PACKAGE ON CRISTINA LUZ PERRYMAN** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 26, 2024, at Los Angeles, California.

                                                        /s/ Silvia Abrignani
                                               Silvia Abrignani

# SERVICE LIST
## Leprino Foods Company, et al., v. Avani Outpatient Surgical Center, et al.
## U.S.D.C. Central District of CA, Case No. 2:22-cv-07434 DSF (JC)

| | |
|---|---|
| Nicholas D. Jurkowitz<br>Fenton Law Group LLP<br>1990 S. Bundry Drive, Suite 777<br>Los Angeles, CA 90025<br>PH: 310-444-5244<br>FX: 310-444-5280<br>Emails:<br>njurkowitz@fentonlawgroup.com<br>nnatelsky@fentonlawgroup.com<br>esun@fentonlawgroup.com | Attorneys for Defendants<br>Avani Outpatient Surgical Center, Inc., and Mountain View Surgical Center, Inc. |
| Jerry Sparks, Esq.<br>Sparks Law Form, APC<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA 92626<br>PH: 714-546-4300<br>FX: 714-546-5430<br>irs@sparksfirm.com | Attorney for Defendant<br>Ralph Mayer |
| Nigel Burns, Esq.<br>Nick Stahl<br>The Law Offices of Nigel Burns<br>800 West 1st St., Suite 401-12<br>Los Angeles, CA 90012<br>PH: 213-687-8080<br>FX: 213-687-8383<br><br>nburns@burnsattorneys.com<br>nstahl@burnsattorneys.com<br>dturner@burnsattorneys.com | Attorney for Defendant<br>Amy Zaragoza |
| Bruce A. Berman<br>The Berman Law Firm, APC<br>1875 Century Park East, Ste. 2230<br>Los Angeles, CA 90067<br>PH: 213-683-1908<br>Email: Bruce@bermanlawapc.com | Attorney for Defendant<br>The Center for Surgery at Bedford, LLC |

[Note: Updated April 2023]

| | | |
|---|---|---|
| 1 | Michael M. Amir | Attorneys for Defendant |
| 2 | Mary Tesh Glarum<br>Doll Amir & Eley LLP | Sepehr Lalezari |
| 3 | 725 S. Figueroa Street, Suite 3275<br>Los Angeles, CA 90017 | |
| 4 | PH: 213.542.3380<br>FX: 213.542.3381 | |
| 5 | Emails:<br>mamir@dollamir.com | |
| 6 | mglarum@dollamir.com<br>cramirez@dollamir.com | |
| 7 | Steven M. Goldsobel | Attorney for Defendant |
| 8 | Vandad Khosravirad<br>Law Offices of Steven Goldsobel | Shervin Aminpour |
| 9 | 1901 Avenue of the Stars, Suite 1750<br>Los Angeles, CA 90067 | |
| 10 | PH: 310-552-4848<br>E-mails: | |
| 11 | steve@sgoldsobel.com<br>vandad@sgoldsobel.com | |
| 12 | samantha@sgoldsobel.com | |
| 13 | Ryan G. Jacobson<br>Edward A. Stumpp | Attorney for Defendant<br>Michael Yadegari |
| 14 | Helton Law Group APC<br>1590 Corporate Drive | |
| 15 | Costa Mesa, CA 92626<br>T: 562-901-4499 *IF:* 562-901-4488 | |
| 16 | Emails:<br>estumpp@helton.law | |
| 17 | rjacobson@helton.law<br>tkossick@helton.law | |
| 18 | ckoop@helton.law | |
| 19 | Benjamin N. Gluck<br>Elliot C. Harvey Schatmeier | Attorney for Defendant<br>Dr. Samuel Kashani; Daniel |
| 20 | Bird, Marella, Rhow, Lincenberg,<br>Drooks & Nessim, LLP | Shouhed, M.D. |
| 21 | 1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067 | |
| 22 | PH: (310) 201-2100<br>FX: (310) 201-2110 | |
| 23 | Emails:<br>bgluck@birdmarella.com | |
| 24 | ehs@birdmarella.com<br>dthrockmorton@birdmarella.com | |
| 25 | tdicks@birdmarella.com | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Gary L. Tysch | Attorney for Defendant |
| 2 | Law Offices of Gary L. Tysch<br>16133 Ventura Blvd., Ste. 580 | Babek Moeinolmolki |
| 3 | Encino, CA 91436<br>PH:  818-995-9555 | |
| 4 | Fax: 818-995-9550<br>gltysch@pacbell.net | |
| 5 | | |
| 6 | Scott J. Stitt<br>Anna-Sophie Tirre | Attorneys for Mojgan Kashanchi as Administrator of Behnam |
| 7 | Tucker Ellis LLP<br>515 South Flower Street   Forty | Kashanchi's Estate, Trustee of The Behnam Kashanchi & Mojgan |
| 8 | Second Floor<br>Los Angeles, CA 90071-2223 | Kashanchi Revocable Living Trust, and Trustee of the Kashanchi B & M |
| 9 | Direct: 213-430-3304 (LA) \| Cell: 614-738-0865 | Living Trust |
| 10 | scott.stitt@tuckerellis.com<br>anna-sophie.tirre@tuckerellis.com | |
| 11 | sofia.escalante@tuckerellis.com | |