# EXHIBIT C

1  HANSON BRIDGETT LLP
   KATHERINE A. BOWLES, SBN 287426
2  kbowles@hansonbridgett.com
   STELLA PADILLA, SBN 301590
3  spadilla@hansonbridgett.com
   ROBERT G DAVIS, SBN 304758
4  rdavis@hansonbridgett.com
   Los Angeles, California 90017
5  Telephone:   (213) 395-7620

6
   Attorneys for Leprino Foods Company;
7  Leprino Foods Health & Welfare Plan

8                **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10 | LEPRINO FOODS COMPANY; | Case No. 2:22-cv-07434 DSF (JC)
11 | LEPRINO FOODS HEALTH & |
   | WELFARE PLAN, | **PLAINTIFFS LEPRINO FOODS**
12 | | **COMPANY AND LEPRINO FOODS**
   | Plaintiffs, | **HEALTH & WELFARE PLAN'S**
13 | v. | **FIRST SET OF**
   | | **INTERROGATORIES TO**
14 | | **DEFENDANTS MOJGAN**
   | AVANI OUTPATIENT SURGICAL | **KASHANCHI, INDIVIDUALLY,**
15 | CENTER, INC., a California | **AND AS ADMINISTRATOR OF**
   | Corporation; MOUNTAIN VIEW | **DEFENDANT BEHNAM**
16 | SURGICAL CENTER, INC., a | **KASHANCHI'S ESTATE, AS**
   | California Corporation; THE CENTER | **TRUSTEE OF THE BEHNAM**
17 | FOR SURGERY AT BEDFORD, LLC, | **KASHANCHI & MOJGAN**
   | a California limited liability company; | **KASHANCHI REVOCABLE**
18 | AMY ZARAGOZA, an individual; | **LIVING TRUST, AND AS**
   | BABAK MOEINOLMOLKI, an | **TRUSTEE OF THE KASHANCHI B**
19 | indvidual; BEHNAM KASHANCHI, | **& M LIVING TRUST**
   | an individual; SAMUEL KASHANI, an |
20 | individual; SHERVIN AMINPOUR, an |
   | individual; RALPH MAYER, an |
21 | individual; MICHAEL YADEGARI, an |
   | individual; KARAPET | Discovery Cutoff: March 13, 2024
22 | DERMENDJIAN, an individual; | Motion Cutoff: April 8, 2024
   | SEPEHR LALEZARI, an individual; | Trial: August 13, 2024
23 | MARIO ROSENBERG, an individual; |
   | PEYMAN SOLIEMANZADEH, an |
24 | individual; and DOES 1-30, |
25 |
   | Defendants. |
26 |
   | _____ |
27 | AND RELATED COUNTERCLAIMS. |
28 |

PROPOUNDING PARTY:    Plaintiffs Leprino Foods Company & Leprino Foods Health & Welfare Plan

RESPONDING PARTY:    Defendants Mojgan Kashanchi, individually, and as Administrator of Behnam Kashanchi's Estate, Trustee of The Behnam Kashanchi & Mojgan Kashanchi Revocable Living Trust, and Trustee of the Kashanchi B & M Living Trust

SET NO.:    One

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiffs LEPRINO FOODS COMPANY and LEPRINO FOODS HEALTH & WELFARE PLAN (collectively, "LEPRINO") propound the First Set of Interrogatories on Defendants MOJGAN KASHANCHI, individually, and as Administrator of Defendant Behnam Kashanchi's Estate, as Trustee of The Behnam Kashanchi & Mojgan Kashanchi Revocable Living Trust, and as Trustee of the Kashanchi B & M Living Trust (the "KASHANCHI PARTIES"), as specified below.

## DEFINITIONS

1.    "ASSET(S)" means any real or personal property.

2.    The "KASHANCHI ESTATE" means Defendant Behnam Kashanchi's Estate, currently pending in Los Angeles Superior Court, Case No. 23STPB04637.

3.    "KASHANCHI LIVING TRUST" means The Behnam Kashanchi & Mojgan Kashanchi Revocable Living Trust.

4.    "B & M LIVING TRUST" means the Kashanchi B & M Living Trust, a revocable trust.

5.    "INDIVIDUAL" means YOUR capacity as a natural person.

6.    "DR. KASANCHI" means Defendant Behnam Kashanchi.

7.    "SURVIVING SPOUSE" means YOUR capacity as the person to whom DR. KASHANCHI was legally married at the time of his death and who survived DR. KASHANCHI.

Case No. 2:22-cv-07434 DSF (JC)

19980916.2

LEPRINO'S INTERROGATORIES, SET ONE, TO KASHANCHI PARTIES

8.    "PERSON(S)" includes any natural person, firm, association, organization, partnership, business, trust, corporation, governmental or public entity or any other form of legal entity.

9.    "YOU" and "YOUR" means the KASHANCHI PARTIES, including employees, agents, officers, representatives, and PERSONS acting on their behalf.

10.    "IDENTIFY" as used herein with respect to real property means to state the complete address of that property including the house number, city, state, and zip code.

"IDENTIFY" as used herein with respect to personal property means to provide a full description, the present location of that property, and, if applicable, the name of the financial institution and account number where the property is deposited or held.

"IDENTIFY" as used herein with respect to "PERSON" shall mean to state the full name, title, address, phone number, and email of the PERSON.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

IDENTIFY all ASSETS that YOU inherited as a result of the death of DR. KASHANCHI as a SURVIVING SPOUSE.

**INTERROGATORY NO. 2**:

For all ASSETS identified in YOUR response to Interrogatory No. 1, state how those ASSETS are titled as of the date of answering this Interrogatory.

**INTERROGATORY NO. 3**:

IDENTIFY all ASSETS that YOU inherited as a result of the death of DR. KASHANCHI as an INDIVIDUAL.

**INTERROGATORY NO. 4**:

For all ASSETS identified in YOUR response to Interrogatory No. 3, state how those ASSETS are titled as of the date of answering this Interrogatory.

///

19980916.2

1  **INTERROGATORY NO. 5**:

2     IDENTIFY all ASSETS administered by YOU in YOUR capacity as

3  Administrator of the KASHANCHI ESTATE.

4  **INTERROGATORY NO. 6**:

5     For all ASSETS identified in YOUR response to Interrogatory No. 5, state

6  how those ASSETS are titled as of the date of answering this Interrogatory.

7  **INTERROGATORY NO. 7**:

8     IDENTIFY all ASSETS that were held in the KASHANCHI LIVING

9  TRUST as of the date of DR. KASHANCHI's death.

10  **INTERROGATORY NO. 8**:

11     IDENTIFY all ASSETS that were held in the B & M LIVING TRUST as of

12  the date of DR. KASHANCHI's death.

13  **INTERROGATORY NO. 9**:

14     IDENTIFY all ASSETS titled in the name of DR. KASHANCHI, in whole or

15  in part, on the date of his death.

16  **INTERROGATORY NO. 10**:

17     For all ASSETS identified in YOUR response to Interrogatory No. 9, state

18  how those ASSETS are titled as of the date of answering this Interrogatory.

19  **INTERROGATORY NO. 11**:

20     Was title to any of the ASSETS identified in YOUR response to Interrogatory

21  No. 9 changed after the time of DR. KASHANCHI's death?

22  **INTERROGATORY NO. 12**:

23     If YOUR response to Interrogatory No. 11 is affirmative, IDENTIFY each

24  ASSET.

25  **INTERROGATORY NO. 13**:

26     If YOUR response to Interrogatory No. 11 is affirmative, IDENTIFY each

27  PERSON to whom the ASSET(s) were transferred.

28  ///

Case No. 2:22-cv-07434 DSF (JC)

19980916.2

LEPRINO'S INTERROGATORIES, SET ONE, TO KASHANCHI PARTIES

1    **INTERROGATORY NO. 14**:

2        For each ASSET identified in YOUR response to Interrogatory No. 12, state

3 how those ASSETS are titled as of the date of answering this Interrogatory.

4    **INTERROGATORY NO. 15**:

5        If YOUR response to Interrogatory No. 11 is not affirmative, state all facts

6 that support YOUR response.

7    **INTERROGATORY NO. 16**:

8        IDENTIFY all PERSONS with personal knowledge of the facts YOU

9 provided in response to Interrogatory No. 15.

10    **INTERROGATORY NO. 17**:

11        IDENTIFY all DOCUMENTS that support the facts YOU provided in

12 response to Interrogatory No. 15.

13

14 DATED:  November 3, 2023          HANSON BRIDGETT LLP

15

16                 By: _____

                       KATHERINE A. BOWLES

17                        Attorney for Leprino Foods Company, Leprino Foods Health & Welfare Plan

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

**Leprino Foods Company, et al., v. Avani Outpatient Surgical Center, et al.
U.S.D.C. Central District of CA, Case No. 2:22-cv-07434 DSF (JC)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of .  My business address is 777 S. Figueroa Street, Suite 4200, Los Angeles, CA 90017.

On November 3, 2023, I served true copies of the following document(s) described as **PLAINTIFFS LEPRINO FOODS COMPANY AND LEPRINO FOODS HEALTH & WELFARE PLAN'S FIRST SET OF INTERROGATORIES TO DEFENDANTS MOJGAN KASHANCHI, INDIVIDUALLY, AND AS ADMINISTRATOR OF DEFENDANT BEHNAM KASHANCHI'S ESTATE, AS TRUSTEE OF THE BEHNAM KASHANCHI & MOJGAN KASHANCHI REVOCABLE LIVING TRUST, AND AS TRUSTEE OF THE KASHANCHI B & M LIVING TRUST** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address sabrignani@hansonbridgett.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 3, 2023, at Los Angeles, California.

_____
      /s/ Silvia Abrignani
Silvia Abrignani

Case No. 2:22-cv-07434 DSF (JC)

PROOF OF SERVICE

19980916.2

**SERVICE LIST**

**Leprino Foods Company, et al., v. Avani Outpatient Surgical Center, et al.**
**U.S.D.C. Central District of CA, Case No. 2:22-cv-07434 DSF (JC)**

| | |
|---|---|
| Nicholas D. Jurkowitz<br>James A.F. Curcio<br>Fenton Law Group LLP<br>1990 S. Bundry Drive, Suite 777<br>Los Angeles, CA 90025<br>PH:  310-444-5244<br>FX:  310-444-5280<br>Emails:<br>njurkowitz@fentonlawgroup.com<br>jcurcio@fentonlawgroup.com<br>nnatelsky@fentonlawgroup.com<br>esun@fentonlawgroup.com | Attorneys for Defendants<br>Avani Outpatient Surgical Center, Inc.,<br>and Mountain View Surgical Center,<br>Inc. |
| Jerry Sparks, Esq.<br>Sparks Law Form, APC<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA 92626<br>PH:  714-546-4300<br>FX:  714-546-5430<br>jrs@sparksfirm.com | Attorney for Defendant<br>Ralph Mayer |
| Nigel Burns, Esq.<br>Nick Stahl<br>The Law Offices of Nigel Burns<br>800 West 1st St., Suite 401-12<br>Los Angeles, CA 90012<br>PH:  213-687-8080<br>FX:  213-687-8383<br><br>nburns@burnsattorneys.com<br>nstahl@burnsattorneys.com<br>dturner@burnsattorneys.com | Attorney for Defendant<br>Amy Zaragoza |
| Bruce A. Berman<br>The Berman Law Firm, APC<br>1875 Century Park East, Ste. 2230<br>Los Angeles, CA 90067<br>PH:  213-683-1908<br>Email:  Bruce@bermanlawapc.com | Attorney for Defendant<br>The Center for Surgery at Bedford, LLC |

[Note: Updated April 2023]

Case No. 2:22-cv-07434 DSF (JC)

PROOF OF SERVICE

| | |
|---|---|
| Michael M. Amir<br>Mary Tesh Glarum<br>Doll Amir & Eley LLP<br>725 S. Figueroa Street, Suite 3275<br>Los Angeles, CA  90017<br>PH: 213.542.3380<br>FX: 213.542.3381<br>Emails:<br>mamir@dollamir.com<br>mglarum@dollamir.com<br>cramirez@dollamir.com | Attorneys for Defendant<br>Sepehr Lalezari |
| James J. Kjar<br>Kylie A. Schofield<br>Kjar, McKenna & Stockalper, LLP<br>840 Apollo Street, Suite 100<br>El Segundo, CA 90245<br>PH: 424-217-3026<br>FX: 424-367-0400<br>Emails:<br>kjar@kmslegal.com<br>kschofield@kmslegal.com<br>dharris@kmslegal.com<br>joneill@kmslegal.com | Attorneys for Defendant<br>Karapet Dermendjian |
| Steven M. Goldsobel<br>Vandad Khosravirad<br>Law Offices of Steven Goldsobel<br>1901 Avenue of the Stars, Suite 1750<br>Los Angeles, CA 90067<br>PH: 310-552-4848<br>E-mails:<br>steve@sgoldsobel.com<br>vandad@sgoldsobel.com<br>samantha@goldsobel.com | Attorney for Defendant<br>Shervin Aminpour |
| Ryan G. Jacobson<br>Edward A. Stumpp<br>Helton Law Group APC<br>1590 Corporate Drive<br>Costa Mesa, CA 92626<br>T: 562-901-4499 *IF:* 562-901-4488<br>Emails:<br>estumpp@helton.law<br>riacobson@helton.law | Attorney for Defendant<br>Michael Yadegari |

Case No. 2:22-cv-07434 DSF (JC)

PROOF OF SERVICE

19980916.2

| | |
|---|---|
| 1 | Benjamin N. Gluck<br>Elliot C. Harvey Schatmeier<br>Bird, Marella, Boxer, Wolpert, Nessim,<br>Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>PH: (310) 201-2100<br>FX: (310) 201-2110<br>Emails:<br>bgluck@birdmarella.com<br>ehs@birdmarella.com<br>dthrockmorton@birdmarella.com<br>tdicks@birdmarella.com | Attorney for Defendant<br>Dr. Samuel Kashani |
| 8 | | |
| 9 | Gary L. Tysch<br>Law Offices of Gary L. Tysch<br>16133 Ventura Blvd., Ste. 580<br>Encino, CA 91436<br>PH:  818-995-9555<br>Fax: 818-995-9550<br>gltysch@pacbell.net | Attorney for Defendant<br>Babek Moeinolmolki |
| 13 | Scott J. Stitt<br>Anna-Sophie Tirre<br>Tucker Ellis LLP<br>515 South Flower Street   Forty Second Floor<br>Los Angeles, CA 90071-2223<br>Direct: 213-430-3304 (LA) | Cell: 614-738-0865<br>scott.stitt@tuckerellis.com<br>anna-sophie.tirre@tuckerellis.com | Attorneys for Mojgan Kashanchi as Administrator of Behnam Kashanchi's Estate, Trustee of The Behnam Kashanchi & Mojgan Kashanchi Revocable Living Trust, and Trustee of the Kashanchi B & M Living Trust |

Case No. 2:22-cv-07434 DSF (JC)

PROOF OF SERVICE

19980916.2