# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-07434-DSF-JC | Date | April 18, 2024 |
|---|---|---|---|
| Title | Leprino Foods Company, et al. v. Avani Outpatient Surgical Center, Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present Plaintiffs | Attorneys Present for Defendants |
|---|---|
| None | None |

**Proceedings:**   (IN CHAMBERS)

**ORDER (1) DIRECTING COUNSEL FOR PLAINTIFFS AND THIRD PARTY ARTI ENTERPRISES, INC. FORTHWITH TO MEET AND CONFER REGARDING THE SCHEDULING OF A FED. R. CIV. P. 30(B)(6) DEPOSITION AND SPECIFIC CATEGORIES OF POTENTIALLY OUTSTANDING DOCUMENTS RESPONSIVE TO SUBPOENA AND TO FILE STATUS REPORT(S); (2) GRANTING IN PART PLAINTIFFS' EX PARTE APPLICATION TO SHORTEN TIME ON MOTION TO COMPEL THIRD PARTY'S COMPLIANCE WITH SUBPOENA; AND (3) SETTING DEADLINE FOR SUBMISSION OF STATUS REPORT(S) AND SUPPLEMENTAL MEMORANDA**

On April 9, 2024, Plaintiffs filed an "Ex Parte Application for Order Shortening Time for Hearing on Motion to Compel Compliance with Rule 30(b)(6) Deposition Subpoena and for Appearance and Production of Documents from Third Party Arti Enterprises, Inc." ("Ex Parte Application") with a supporting Declaration of Katherine A. Bowles which requests that the Court set a hearing on the referenced motion to compel for April 23, 2024. (Docket No. 399). Plaintiffs concurrently filed the referenced "Motion to Compel Compliance with Rule 30(b)(6) Deposition Subpoena and for Appearance and Production of Documents from Third Party Arti Enterprises, Inc." ("Motion to Compel").[1] No opposition to the Ex Parte Application has been filed.

///
///
///

---

[1] In connection with the Motion to Compel, Plaintiffs and Third Party Arti Enterprises, Inc. ("Arti" or "Third Party") submitted Plaintiffs' Notice of Motion, a Joint Stipulation with attached Scheduling Orders, another Declaration of Katherine A. Bowles with exhibits, and a Declaration of Setara Qassim with exhibits. (Docket No. 400, 401).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-07434-DSF-JC | Date | April 18, 2024 |
|---|---|---|---|
| Title | Leprino Foods Company, et al. v. Avani Outpatient Surgical Center, Inc., et al. | | |

Based on the Court's review of the Ex Parte Application and a preliminary review of the Motion to Compel, IT IS HEREBY ORDERED:  (1) the Ex Parte Application is granted in part; (2) a telephonic hearing on the Motion to Compel is set for **April 30, 2024 at 9:00 a.m.** with the Clerk supplying call-in information prior thereto; (3) counsel for Plaintiffs and Third Party Arti are directed forthwith to meet and confer (a) to compare calendars and to attempt to agree upon a date for the requested Fed. R. Civ. P. 30(b)(6) deposition; and (b) to discuss in detail each substantive document request in issue and the assertedly outstanding documents responsive to each the substantive documents; and (4) by not later than April 25, 2024, counsel for Plaintiffs and Third Party Arti shall file (a) status reports, or ideally a joint status report updating the Court as to the results of the ordered meet and confer; and (b) any supplemental memorandum in connection with the Motion to Compel.

Aside from serving Plaintiffs in the normal manner, the Clerk is directed forthwith to serve electronically and via U.S. mail, the instant Order on counsel for Third Party Arti whose contact information is set forth below.

Setara Qassim
qassim@geragos.com
Geragos & Geragos
644 South Figueroa Street
Los Angeles, CA 90017-3411

IT IS SO ORDERED.